UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACOB HERNDON, ID # 17050746, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:17-CV-3465-B-BH |
| | ) | |
| SCOTTRADE, CHASE, | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, the plaintiff's complaint is DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)(i). This dismissal will count as a "strike" or "prior occasion" within the meaning of 28 U.S.C. § 1915(g).

SIGNED this 19th day of October, 2018.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE